IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LYNN J. ROGERS, | § | |
| | § | No. 98, 2018 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| JOHN F. BUSHEY and | § | |
| MILTON FIRE DEPT. INC., | § | C.A. No. S17C-02-020 |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: September 26, 2018
Decided: October 1, 2018

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **O R D E R**

This 1st day of October 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion dated February 7, 2018.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Gary F. Traynor*
Justice